# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| MARTIN J. WALSH, : | |
| Secretary of Labor, : | |
| United States Department of Labor, : | Case No. 2:21-cv-05076-EAS-KAJ |
| : | |
| Plaintiff, : | Judge Edmund A. Sargus, Jr. |
| : | |
| v. : | Magistrate Judge Kimberly A. Jolson |
| : | |
| AMERICARE HEALTHCARE : | |
| SERVICES, INC., and DILLI ADHIKARI, : | |
| : | |
| Defendants. : | |

## MOTION TO WITHDRAW AS COUNSEL

Pursuant to Local Rule 83.4(b), George C. Thompson, Esq. respectfully moves this Court for leave to withdraw his appearance as counsel of record for Defendants in the above-captioned matter and avers the following in support:

1. Movant is separating from Obermayer Rebmann Maxwell & Hippel LLP and will no longer be representing Defendants.

2. Lead trial attorney Michael E. Hooper and the law firm of Obermayer Rebmann Maxwell & Hippel LLP will remain as counsel for Defendants.

3. On September 15, 2022, Attorneys Bruce C. Fox and Andrew J. Horowitz moved for admission *pro hac vice* and intend to also serve as counsel for Defendants in this matter. (*See* ECF Nos. 29 and 30).

WHEREFORE, Movant respectfully requests this Court to enter the attached proposed order and permit him to withdraw as counsel for Defendants.

Respectfully submitted,

Dated: September 16, 2022

*/s/ George C. Thompson*
George C. Thompson (PA 316626)

4856-4686-5457 v1

2

           OBERMAYER REBMANN
           MAXWELL & HIPPEL LLP
           525 William Penn Place, Suite 1710
           Pittsburgh, PA 15219
           (412) 566-1500 (Phone)
           (412) 281-1530 (Fax)
           george.thompson@obermayer.com

4856-4686-5457 v1