#### IN THE UNITED STATES DISTRICT COURT
#### FOR THE SOUTHERN DISTRICT OF OHIO
#### EASTERN DIVISION

| | |
|---|---|
| **JULIE A. SU,** Acting Secretary of Labor, United States Department of Labor, | Case No: 2:21-cv-05076-EAS-KAJ |
| Plaintiff, | Judge Edmund A. Sargus, Jr. Magistrate Judge Kimberly A. Jolson |
| v. | |
| **AMERICARE HEALTHCARE SERVICES, INC. and DILLI ADHIKARI,** | **Motion to Withdraw as Counsel** |
| Defendants. | |

Pursuant to Local Rule 83.4(b), Marian Kousaie Toney, Esq. respectfully moves this Court for leave to withdraw her appearance as counsel of record for Plaintiff in the above captioned matter. Ms. Toney provides the following:

1. Ms. Toney is leaving the Department of Labor and will no longer represent the Secretary of Labor.

2. Ms. Toney has provided written notice to Plaintiff and opposing counsel.

3. Lead counsel Rina R. Russo and attorneys Stephen M. Pincus and Marcus D. Reed will remain as counselors of record for the Secretary of Labor.

WHEREFORE, Ms. Toney respectfully requests this Court enter the attached proposed order and permit her to withdraw as counsel for Plaintiff, the Secretary of Labor.

Dated: July 7, 2023

                                               Respectfully submitted,

**S**EEMA **N**ANDA
Solicitor of Labor

**C**HRISTINE **Z. H**ERI
Regional Solicitor

**L**EAH **A. W**ILLIAMS
Associate Regional Solicitor

/s/ *Marian Kousaie Toney*

**Marian Kousaie Toney, Esq.**
Trial Attorney
Ohio Bar No 0095831
United States Department of Labor
Office of the Solicitor
1240 East 9th Street, Suite 881
Cleveland, Ohio 44199
216.357.5415
Fax: 216.522.7172
Toney.Marian.K@dol.gov

## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF OHIO
## EASTERN DIVISION

| | | |
|---|---|---|
| **JULIE A. SU,** | : | Case No: 2:21-cv-05076-EAS-KAJ |
| Acting Secretary of Labor, | : | |
| United States Department of Labor, | : | |
| | : | Judge Edmund A. Sargus, Jr. |
| Plaintiff, | : | Magistrate Judge Kimberly A. Jolson |
| | : | |
| v. | : | |
| | : | **[Proposed] Order Granting Motion to** |
| **AMERICARE HEALTHCARE** | : | **Withdraw as Counsel** |
| **SERVICES, INC. and DILLI ADHIKARI**, | : | |
| | : | |
| Defendants. | | |

It is hereby ORDERED that Marian Kousaie Toney's Motion to Withdraw as Counsel is GRANTED. Ms. Toney is removed as counsel of record for Plaintiff, the Secretary of Labor, in this matter.

Dated: July 7, 2023

                                             _____

                                             UNITED STATES DISTRICT COURT JUDGE

## CERTIFICATE OF SERVICE

  I hereby certify that on July 7, 2023, the foregoing document was filed electronically with the Court's electronic filing system. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system.

                /s/ *Marian Kousaie Toney*

                Marian Kousaie Toney
                Trial Attorney