# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO

| | |
|---|---|
| JULIE A. SU, Acting Secretary of Labor, U.S. Department of Labor, *Plaintiff*, v. AMERICARE HEALTHCARE SERVICES, INC., and DILLI ADHIKARI, *Defendants*. | CA No. 2-21-cv-05076-EAS-KAJ<br><br>Judge Edmund A. Sargus, Jr. |

## MOTION FOR ADMISSION OF JONATHAN BERRY *PRO HAC VICE*

Pursuant to S.D. Ohio Civ. R. 83.3(e) and 83.4(a), Michael E. Hooper, trial attorney for Defendants Americare Healthcare Services, Inc. and Dilli Adhikari in the above-referenced action, hereby moves the court to admit Jonathan Berry, *pro hac vice*, to appear and participate as counsel or co-counsel in this case for Defendants Americare Healthcare Services, Inc. and Dilli Adhikari.

Movant represents that Jonathan Berry is a member in good standing of the highest court of the District of Columbia as attested by the accompanying certificate from that court, and that Jonathan Berry is not eligible to become a member of the permanent bar of this Court. This Motion is accompanied by the required filing fee.

Jonathan Berry's relevant identifying information is as follows:

Jonathan Berry
Boyden Gray PLLC
801 17th St NW, Suite 350
Washington, DC 20006
(202) 955-0620
jberry@boydengray.com

Dated: October 27, 2023

Respectfully Submitted,

<u>/s/ Michael E. Hooper</u>
Michael E. Hooper (0073188)
Trial Attorney
OBERMAYER REBMANN
MAXWELL & HIPPEL LLP
525 William Penn Place, Suite 1710
Pittsburgh, PA 15219
(412) 566-1500
Michael.hooper@obermayer.com

*Trial attorney for Defendants Americare Healthcare Services, Inc. and Dilli Adhikari*

## **CERTIFICATE OF SERVICE**

I certify that on October 27, 2023, the foregoing document was filed electronically with the Court's electronic filing system. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system.

Respectfully submitted,

*/s/Michael E. Hooper*
Michael E. Hooper (0073188)
Trial Attorney
