IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO

JULIE A. SU, Acting Secretary of Labor, U.S. Department of Labor,

*Plaintiff,*

v.

AMERICARE HEALTHCARE SERVICES, INC., and DILLI ADHIKARI,

*Defendants.*

CA No. 2-21-cv-05076-EAS-KAJ

Judge Edmund A. Sargus, Jr.
Magistrate Judge Kimberly A. Jolson

**DEFENDANTS' MOTION FOR PARTIAL SUMMARY JUDGMENT**

Pursuant to Fed. R. Civ. P. 56, Defendants Americare Healthcare Services, Inc., and Dilli Adhikari ("Defendants"), through counsel, respectfully move that this Court enter partial summary judgment against Plaintiffs, Julie A. Su, Acting Secretary of Labor, and the U.S. Department of Labor.

Pursuant to Defendants' Tenth affirmative defense, Defendants seek to set aside the "third party employer" and "companionship" provisions of the Final Rule entitled "Application of the Fair Labor Standards Act to Domestic Service; Final Rule," 78 Fed. Reg. 604554 (Oct. 1, 2014) (hereafter the "Rule"). As further set forth in Defendants' attached Memorandum in support of their motion, the challenged Rule violates the statutory text of the Fair Labor Standards Act, is unreasonable, runs

afoul of the major questions doctrine, and is arbitrary and capricious in violation of the Administrative Procedure Act.

In further support for this Motion, Defendants respectfully refer the Court to the attached Memorandum and Statement of Undisputed Material Facts in support of their Motion. A proposed order is also attached. Wherefore, Defendants request that their Motion for Partial Summary Judgment be granted.

Respectfully Submitted,

Dated: <u>October 30, 2023</u>

<u>/s/ Michael E. Hooper</u>
Michael E. Hooper (0073188)
Trial Attorney
Bruce C. Fox (PA 42576)
Hugh T. McKeegan (PA 325673)
OBERMAYER REBMANN
MAXWELL & HIPPEL LLP
525 William Penn Place, Suite 1710
Pittsburgh, PA 15219
(412) 566-1500
bruce.fox@obermayer.com
hugh.mckeegan@obermayer.com

<u>/s/ Jonathan Berry</u>
Jonathan Berry
Michael B. Buschbacher
James R. Conde
BOYDEN GRAY PLLC
801 17TH ST NW, SUITE 350
WASHINGTON, DC 20006
(202) 955-0620
jberry@boydengray.com

**CERTIFICATE OF SERVICE**

I certify that on October 30, 2023, the foregoing document was filed electronically with the Court's electronic filing system. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system.

Respectfully submitted,

*/s/ Michael E. Hooper*
Michael E. Hooper (0073188)
Trial Attorney