IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO

| | |
|---|---|
| JULIE A. SU, Acting Secretary of Labor, U.S. Department of Labor,<br><br>*Plaintiff,*<br><br>v.<br><br>AMERICARE HEALTHCARE SERVICES, INC., and DILLI ADHIKARI,<br><br>*Defendants.* | CA No. 2-21-cv-05076-EAS-KAJ<br><br>Judge Edmund A. Sargus, Jr.<br>Magistrate Judge Kimberly A. Jolson |

## [PROPOSED] ORDER

Upon consideration of Defendants' Motion for Partial Summary Judgment and Memorandum of Points & Authorities in support thereof, it is hereby ORDERED;

That Defendants' Motion is hereby granted and Partial Summary Judgment is granted in favor of Defendants. In accordance with this Order, 29 C.F.R. § 552.6 and 29 C.F.R. § 552.109 are SET ASIDE and VACATED.

DATED: _____

UNITED STATES DISTRICT JUDGE