**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | | |
|---|---|---|
| **MARTIN J. WALSH,** | : | |
| Secretary of Labor, | : | |
| United States Department of Labor, | : | Case No. 2:21-cv-05076-EAS-KAJ |
| | : | |
| Plaintiff, | : | Judge Edmund A. Sargus, Jr. |
| | : | |
| v. | : | Magistrate Judge Kimberly A. Jolson |
| | : | |
| **AMERICARE HEALTHCARE** | : | |
| **SERVICES, INC., and DILLI ADHIKARI,** | : | |
| | : | |
| Defendants. | : | |

## MOTION TO WITHDRAW AS COUNSEL

Pursuant to Local Rule 83.4(b), Hugh T. McKeegan, Esq. respectfully moves this Court for leave to withdraw his appearance as counsel of record for Defendants in the above-captioned matter and avers the following in support:

1. Movant is separating from Obermayer Rebmann Maxwell & Hippel LLP and will no longer be representing Defendants.

2. Lead trial attorney Michael E. Hooper and the law firm of Obermayer Rebmann Maxwell & Hippel LLP will remain as counsel for Defendants.

3. Defendants will also continue to be represented by attorneys Bruce C. Fox and Andrew J. Horowitz of Obermayer Rebmann Maxwell & Hippel LLP.

WHEREFORE, Movant respectfully requests this Court to enter the attached proposed order and permit him to withdraw as counsel for Defendants.

Respectfully submitted,

Dated: April 10, 2024  */s/ Hugh T. McKeegan*_____
Hugh T. McKeegan (PA 325673)
OBERMAYER REBMANN
MAXWELL & HIPPEL LLP

1

2

525 William Penn Place, Suite 1710
Pittsburgh, PA 15219
(412) 566-1500 (Phone)
(412) 281-1530 (Fax)
hugh.mckeegan@obermayer.com

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION**

| | | |
|---|---|---|
| **MARTIN J. WALSH,** | : | |
| Secretary of Labor, | : | |
| United States Department of Labor, | : | Case No. 2:21-cv-05076-EAS-KAJ |
| | : | |
| Plaintiff, | : | Judge Edmund A. Sargus, Jr. |
| | : | |
| v. | : | Magistrate Judge Kimberly A. Jolson |
| | : | |
| **AMERICARE HEALTHCARE** | : | |
| **SERVICES, INC., and DILLI ADHIKARI,** | : | |
| | : | |
| Defendants. | : | |

## **ORDER**

It is ORDERED that Hugh T. McKeegan's Motion to Withdraw as Counsel is GRANTED and that Hugh T. McKeegan is removed as counsel of record for Defendants in the above-captioned matter.

BY THE COURT:

_____