

Gobao Internal Medicine
2000 Oxford Drive
Bethel Park, PA 15102
412-9422980

06-05-2023

JOHN R LINKOSKY

To Whom It May Concern:

John Linkosky is a patient of mine who is currently being evaluated for medical problems associated with his vestibular system, hearing, and voice. Because of these conditions, Mr. Linkosky will be unable to sit for a deposition for the foreseeable future.

Sincerely,

Richard A. Gobao, M.D.