IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO

JULIE A. SU, Acting Secretary of Labor, U.S. Department of Labor,

        *Plaintiff*,

v.

AMERICARE HEALTHCARE SERVICES, INC., and DILLI ADHIKARI,

        *Defendants*.

CA No. 2-21-cv-05076-EAS-KAJ
Judge Edmund A. Sargus, Jr.
Mag. Judge Kimberly A. Jolson

**DEFENDANTS' MOTION FOR PARTIAL SUMMARY JUDGMENT**

    Pursuant to Fed. R. Civ. P. 56, Defendants Americare Healthcare Services, Inc., and Dilli Adhikari ("Defendants"), through counsel, respectfully move that this Court enter partial summary judgment against Plaintiffs, Julie A. Su, Acting Secretary of Labor, and the U.S. Department of Labor.

    Pursuant to Defendants' Tenth and Eleventh affirmative defenses, Defendants seek to set aside the "third party employer" and "companionship" provisions of the Final Rule entitled "Application of the Fair Labor Standards Act to Domestic Service; Final Rule," 78 Fed. Reg. 604554 (Oct. 1, 2014) (hereafter the "Rule"), *codified at* 29 C.F.R. §§ 552.6, 552.109. As set forth in Defendants' attached Memorandum, the challenged provisions violate the text of the Fair Labor Standards Act, are unreasonable, run afoul of the major questions doctrine, and are arbitrary and capricious in violation of the Administrative Procedure Act. 5 U.S.C. § 706.

In further support for this Motion, Defendants respectfully refer the Court to the attached Memorandum and Statement of Undisputed Material Facts in support of their Motion. A proposed order is also attached. Wherefore, Defendants request that their Motion for Partial Summary Judgment be granted.

Respectfully Submitted,

Dated: October 1, 2024

<u>/s/ D. McArdle Booker</u>
Michael E. Hooper (0073188)
*Trial Attorney*
Bruce C. Fox
McArdle Booker
OBERMAYER REBMANN
MAXWELL & HIPPEL LLP
525 William Penn Place, Suite 1710
Pittsburgh, PA 15219
(412) 566-1500
michael.hooper@obermayer.com
bruce.fox@obermayer.com
mccardle.booker@obermayer.com

<u>/s/ Jonathan Berry</u>
Jonathan Berry
Michael B. Buschbacher
James R. Conde
BOYDEN GRAY PLLC
800 Connecticut Ave, Suite 900
Washington, DC 20006
(202) 955-0620
jberry@boydengray.com
mbuschbacher@boydengray.com
jconde@boydengray.com

## CERTIFICATE OF SERVICE

I certify that on October 1, 2024, the foregoing document was filed electronically with the Court's electronic filing system. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system.

                                                                    Respectfully submitted,

                                                                    */s/ D. McArdle Booker*
                                                                    McArdle Booker