**EXHIBIT 1**

| | |
|---|---|
| VICKIE | ABDULLAH |
| AADITYA | ACHARYA |
| ANANTI | ACHARYA |
| ARATI | ACHARYA |
| BEDA | ACHARYA |
| BINA | ACHARYA |
| BISHNU | ACHARYA |
| BISHNU M | ACHARYA |
| CHANDRA | ACHARYA |
| DEVIKA | ACHARYA |
| DIL | ACHARYA |
| DINA N | ACHARYA |
| DURGA P | ACHARYA |
| GORI MAYA | ACHARYA |
| JANUKA | ACHARYA |
| JYOTI | ACHARYA |
| KRISHNA | ACHARYA |
| KUNTI | ACHARYA |
| LACHU | ACHARYA |
| LAXMI | ACHARYA |
| MADHUKAR | ACHARYA |
| MAN | ACHARYA |
| NAR MAYA | ACHARYA |
| NARAYAN | ACHARYA |
| NETRA | ACHARYA |
| NETRA KUMARI | ACHARYA |
| RAM | ACHARYA |
| RUPA | ACHARYA |
| SUJITA | ACHARYA |
| TARA | ACHARYA |
| TARA NIDHI | ACHARYA |

| | |
|---|---|
| TIKA | ACHARYA |
| TILA | ACHARYA |
| TILA R | ACHARYA |
| TOM NATH | ACHARYA |
| TULA | ACHARYA |
| TULA ACHARYA | ACHARYA |
| UDAYA | ACHARYA |
| UMESH | ACHARYA |
| YAMUNA | ACHARYA |
| YASHU | ACHARYA |
| AMAL | ADHIKARI |
| BASUNDHARA | ADHIKARI |
| BENU | ADHIKARI |
| BHAKTI | ADHIKARI |
| BHAKTI M | ADHIKARI |
| BHIM P | ADHIKARI |
| BIDHYAWATI | ADHIKARI |
| BIKRAM | ADHIKARI |
| CHITRA | ADHIKARI |
| DAMADORI | ADHIKARI |
| DAMODARI | ADHIKARI |
| DEBAKI | ADHIKARI |
| DEBAKIE | ADHIKARI |
| DEO | ADHIKARI |
| DEVI | ADHIKARI |
| DEVI BHAKTA | ADHIKARI |
| DEVI M | ADHIKARI |
| DILU SUBEDI | ADHIKARI |
| DURGA | ADHIKARI |
| GANGA MAYA | ADHIKARI |
| GYAN | ADHIKARI |
| GYAN B | ADHIKARI |

| | |
|---|---|
| HARI | ADHIKARI |
| HARI BANGALEY | ADHIKARI |
| HARI MAYA | ADHIKARI |
| HARI PRASAD | ADHIKARI |
| HEEMA | ADHIKARI |
| HEMA MAYA | ADHIKARI |
| HIRA | ADHIKARI |
| JAGA | ADHIKARI |
| JAGA NATH | ADHIKARI |
| JEEVAN | ADHIKARI |
| KALA | ADHIKARI |
| KAMALA | ADHIKARI |
| KAMALA DEVI | ADHIKARI |
| KESHABI | ADHIKARI |
| KHAGENDRA PRASAD | ADHIKARI |
| KHAGI | ADHIKARI |
| KHEM | ADHIKARI |
| KRISHNA | ADHIKARI |
| MAYA BHANDARI | ADHIKARI |
| MEGH | ADHIKARI |
| MENUKA | ADHIKARI |
| MONU | ADHIKARI |
| MUNA | ADHIKARI |
| NANDI | ADHIKARI |
| NANDI P | ADHIKARI |
| OMA | ADHIKARI |
| PABITRA | ADHIKARI |
| PADAM | ADHIKARI |
| PADAM P | ADHIKARI |
| PUSPA | ADHIKARI |
| PUSPA LAL | ADHIKARI |

| | |
|---|---|
| RAM | ADHIKARI |
| RAM L | ADHIKARI |
| RAN | ADHIKARI |
| RAN M | ADHIKARI |
| RAN MAYA | ADHIKARI |
| REKHA | ADHIKARI |
| RUPA | ADHIKARI |
| SABITRA | ADHIKARI |
| SHOVA | ADHIKARI |
| TIKA | ADHIKARI |
| TULA | ADHIKARI |
| TULASI | ADHIKARI |
| UMA DEVI | ADHIKARI |
| YADHAV | ADHIKARI |
| YASODA | ADHIKARI |
| YOGESH | ADHIKARI |
| DEVI | ADHIKARI PHUYEL |
| PAW LAW | AH |
| DIVA RAI | ALAY |
| KHAMBA | ALAY |
| TIKA | ALAY |
| UGHEN | ALAY |
| BHAKTA BAHADUR | ALEY |
| NEMET | ALRAWAJEEH |
| BILLA | ANGDEMBAY |
| SOMA | BAL |
| BHAKTI | BANIYA |
| CHANDRA SHEKHAR | BANIYA |
| MEG | BANIYA |
| PUNYA | BANIYA |
| PUNYA M | BANIYA |

| | |
|---|---|
| SHANTI | BANIYA |
| YAM B | BANIYA |
| ANUPA | BARAILI |
| JYOTIKA | BARAILI |
| KRISHNA | BARAILI |
| ANISHA | BARAILY |
| HEMA | BARAILY |
| JOEL | BARAILY |
| SABITRA | BARAILY |
| TARA B | BARAILY |
| TARAH BIR | BARAILY |
| CHAKRA | BARAL |
| INDRA | BARAL |
| JANUKA | BARAL |
| PARMILA | BARAL |
| TARA N | BARAL |
| TULASA | BARAL |
| GANGA | BASKOTA |
| GANGA R | BASKOTA |
| INDIRA | BASKOTA |
| KAMALA | BASKOTA |
| KRISHNA | BASKOTA |
| KRISHNA M | BASKOTA |
| TILA | BASKOTA |
| TILA RUPA | BASKOTA |
| ANJU | BASNET |
| BHAGI | BASNET |
| BHIM B | BASNET |
| DEERENDRA | BASNET |
| DEVI MAYA | BASNET |
| DIL | BASNET |
| DIL B | BASNET |
| GANGA | BASNET |

| | |
|---|---|
| INDRA | BASNET |
| KRISHNA MAYA | BASNET |
| KUL | BASNET |
| LEELA | BASNET |
| LEELA D | BASNET |
| LEENA | BASNET |
| MON | BASNET |
| RIYA | BASNET |
| RUPA | BASNET |
| RUPA M | BASNET |
| SABITRA | BASNET |
| SABITRA R | BASNET |
| SAM | BASNET |
| SARADA | BASNET |
| SARITA | BASNET |
| SITA | BASNET |
| TIKA | BASNET |
| TILA R | BASNET |
| YASHODA | BASNET |
| ARJUN | BASNET-CHHETRI |
| DEO | BASTOLA |
| DEO N | BASTOLA |
| INDRA | BASTOLA |
| INDRA MAYA | BASTOLA |
| JANUKA | BASTOLA |
| MEERA | BASTOLA |
| NAINA | BASTOLA |
| NAINA K | BASTOLA |
| RAM KUMAR | BASTOLA |
| THAKUR | BASTOLA |
| LEE | BAW |
| MANI | BAYALKOTI |

6

| | |
|---|---|
| MANI KALA | BAYALKOTI |
| NEERU | BEGHA |
| ANJANA | BHANDARI |
| ARJUN | BHANDARI |
| BHANDRI | BHANDARI |
| BIMA | BHANDARI |
| CHHABIKA D | BHANDARI |
| DHANRAJ | BHANDARI |
| HOM | BHANDARI |
| HOM B | BHANDARI |
| MAYA | BHANDARI |
| NAINA | BHANDARI |
| NAINA KALA | BHANDARI |
| NANDI | BHANDARI |
| NANDI KISHOR | BHANDARI |
| NARAYAN | BHANDARI |
| NIRMAL | BHANDARI |
| OMA | BHANDARI |
| PURUSHOTAM | BHANDARI |
| RAN B | BHANDARI |
| RITA | BHANDARI |
| SUVASH | BHANDARI |
| TULSI | BHANDARI |
| MAYA | BHANDARI ADHIKARI |
| NAINA | BHANDARI BHARATI |
| BABUL | BHARATI |
| JYOTI MAYA | BHARATI |
| RUP N | BHARATI |
| TIKA RAM | BHARATI |
| SAMIR | BHATIA |
| BHADRI | BHATTARAI |
| BHAKTA | BHATTARAI |

| | |
|---|---|
| BHANU | BHATTARAI |
| BHIMA | BHATTARAI |
| BHOLA | BHATTARAI |
| BISHNU | BHATTARAI |
| BISHNU MAYA | BHATTARAI |
| CHIDA N | BHATTARAI |
| DAL | BHATTARAI |
| DENNIS | BHATTARAI |
| DEO | BHATTARAI |
| DEVENDRA | BHATTARAI |
| DHATRI | BHATTARAI |
| ELA | BHATTARAI |
| GITA | BHATTARAI |
| GOMA | BHATTARAI |
| GOVINDA | BHATTARAI |
| HARI | BHATTARAI |
| INDRAWOTI | BHATTARAI |
| ISHOR K | BHATTARAI |
| JOG | BHATTARAI |
| KALPANA | BHATTARAI |
| KESHAV | BHATTARAI |
| KHADGA | BHATTARAI |
| KHINA | BHATTARAI |
| KHINA M | BHATTARAI |
| LELA | BHATTARAI |
| LILA | BHATTARAI |
| LILA M | BHATTARAI |
| LOK | BHATTARAI |
| MUNA | BHATTARAI |
| NAINA KALA | BHATTARAI |
| PABI | BHATTARAI |
| PABI MAYA | BHATTARAI |
| PABITRA | BHATTARAI |

| | |
|---|---|
| PREM | BHATTARAI |
| PREM BHATTARAI | BHATTARAI |
| RAKESH | BHATTARAI |
| RENJIT | BHATTARAI |
| ROOBI | BHATTARAI |
| ROOBI M | BHATTARAI |
| RUP NARAYAN | BHATTARAI |
| SABITRI | BHATTARAI |
| SUNITA | BHATTARAI |
| TARA | BHATTARAI |
| YAN | BHATTARAI |
| NIR | BHETWAL |
| NIR MAYA | BHETWAL |
| KHATI | BHIM B |
| BUNU | BHUJEL |
| CHETAN | BHUJEL |
| DAMBER | BHUJEL |
| GAGAN | BHUJEL |
| KAUSHILA | BHUJEL |
| MILAN | BHUJEL |
| MON | BHUJEL |
| NARI | BHUJEL |
| RITA DEVI | BHUJEL |
| ROSHAN | BHUJEL |
| TIKA MAYA | BHURTEL |
| PHUYEL | BISHNU |
| JYOTI | BISHWAKARMA |
| PADAM KUMARI | BISHWAKARMA |
| RADHIKADEVI | BISHWAKARMA |
| SANTA | BISHWAKARMA |
| SUK MAYA | BISHWAKARMA |
| AASHIKA | BISTA |

| | |
|---|---|
| DADHI | BISTA |
| JAMUNA | BISTA |
| NIRMALA | BISTA |
| OMA | BISTA |
| OMA BISTA | BISTA |
| OMA D | BISTA |
| AMBER | BISWA |
| ARATI | BISWA |
| BHARAT | BISWA |
| BIKASH | BISWA |
| BIPANA | BISWA |
| BIRU MAYA | BISWA |
| BRISTEE | BISWA |
| DAMBER KUMARI | BISWA |
| DAVID | BISWA |
| DEEPAK | BISWA |
| DESH MAYA | BISWA |
| DEVI MAYA | BISWA |
| DEVIKA | BISWA |
| DHAN MAYA | BISWA |
| HEMA | BISWA |
| HEMA DEVI | BISWA |
| INDRA | BISWA |
| JYOTI | BISWA |
| KALPANA | BISWA |
| KAMALA | BISWA |
| KARNA | BISWA |
| KATAK | BISWA |
| KUMAR | BISWA |
| LACHHI MAYA | BISWA |
| LAXMAN | BISWA |
| MAN | BISWA |

| | |
|---|---|
| MANISHA | BISWA |
| MILAN | BISWA |
| MINA | BISWA |
| NAR | BISWA |
| NAR B | BISWA |
| NARAPATI | BISWA |
| NARENDRA | BISWA |
| NIRMAL | BISWA |
| OM KUMAR | BISWA |
| PADAM | BISWA |
| PRAKASH | BISWA |
| PRANITA | BISWA |
| PURNA | BISWA |
| RAJ | BISWA |
| RAJ K | BISWA |
| RAJEENA | BISWA |
| RAJUN | BISWA |
| RAM DATTA | BISWA |
| RATNA | BISWA |
| RITA | BISWA |
| RUP MEENA | BISWA |
| SAGAR | BISWA |
| SAN MAN | BISWA |
| SANTA BIR | BISWA |
| SOMA | BISWA |
| SUNITA | BISWA |
| SUSMITA | BISWA |
| TARA | BISWA |
| TIKA MAYA | BISWA |
| AMBER | BISWAKARMA |
| DINESH | BISWAKARMA |
| JYOTI | BISWAKARMA |
| KHAGENDRA | BISWAKARMA |

| | |
|---|---|
| NAR M | BISWAKARMA |
| PURNI | BISWAKARMA |
| RITA | BISWAKARMA |
| SITA DEVI | BISWAKARMA |
| SONAM | BISWAKARMA |
| DELA | BITUKA |
| TSHIRING | BLON |
| DEVI | BOHARA |
| BEDA M | BOHORA |
| RATNA | BOMJAN |
| SAH | BOMJAN |
| SHA B | BOMJAN |
| KLAW GAY | BRU |
| BIR | BUDATHOKI |
| BISHNU | BUDATHOKI |
| GOMA | BUDATHOKI |
| KABITA | BUDATHOKI |
| MEENA | BUDATHOKI |
| PREM | BUDATHOKI |
| ARJUN | CENTURY |
| NIRMALA | CENTURY |
| CHANDRA | CHAMLAGAI |
| GANGA RAM | CHAMLAGAI |
| GEETA DEVI | CHAMLAGAI |
| KEDAR | CHAMLAGAI |
| MEENA | CHAMLAGAI |
| NARAYAN | CHAMLAGAI |
| RADHIKA | CHAMLAGAI |
| YADAV | CHAMLAGAI |
| HEMA | CHAPAGAI |
| BHUMIKA | CHAUHAN |
| LAL | CHAUHAN |
| LEENA | CHAUHAN |

| | |
|---|---|
| SUK MAYA | CHAUHAN |
| BISHNU | CHHETRI |
| CHARAN | CHHETRI |
| DEEPIKA | CHHETRI |
| DEO | CHHETRI |
| DHAN | CHHETRI |
| DHAN M | CHHETRI |
| DILIP | CHHETRI |
| DRISTI | CHHETRI |
| DURGA | CHHETRI |
| GANGA | CHHETRI |
| GANGA B | CHHETRI |
| JEENA | CHHETRI |
| JEENA CHHETRI | CHHETRI |
| KAMALA | CHHETRI |
| KRISHNA | CHHETRI |
| LOK MAYA | CHHETRI |
| MANISH KUMAR | CHHETRI |
| PADAM B BASNET | CHHETRI |
| PINGALA | CHHETRI |
| PREM KALA | CHHETRI |
| RITA | CHHETRI |
| RITA D | CHHETRI |
| SANDHIYA | CHHETRI |
| SARADA | CHHETRI |
| SARDA | CHHETRI |
| SARSAWATI | CHHETRI |
| SAUGHAT | CHHETRI |
| SRIJANA | CHHETRI |
| SULACHANA | CHHETRI |
| SURJA | CHHETRI |

| | |
|---|---|
| SURJA M | CHHETRI |
| TULSHA | CHHETRI |
| USHA | CHHETRI |
| LACHHI | CHIMARIYA |
| NAINA | CHIMARIYA |
| SASHI | CHIMARIYA |
| PRAKASH | CHITRAKAR |
| VISMA | CHOUHAN |
| BHADRI | CHUWAN |
| CHANDRA | CHUWAN |
| DIK B | CHUWAN |
| RAJAN | CHUWAN |
| RUPA | CHUWAN |
| SURYA | CHUWAN |
| TANKA | CHUWAN |
| TEK | CHUWAN |
| SARASWOTI | DABADI |
| EH | DAH |
| THA | DAH |
| BHAGAWAT | DAHAL |
| BHIM K | DAHAL |
| BHUMI M | DAHAL |
| BIMALA | DAHAL |
| DEVI | DAHAL |
| DHANA P | DAHAL |
| DIL M | DAHAL |
| DIVYA | DAHAL |
| HARI MAYA | DAHAL |
| HEM M | DAHAL |
| KARUNA | DAHAL |
| KHEM | DAHAL |
| KHINA | DAHAL |
| KRISHNA | DAHAL |

| | |
|---|---|
| LACHHI | DAHAL |
| MON MAYA | DAHAL |
| NAR | DAHAL |
| NAR B | DAHAL |
| PABITRA | DAHAL |
| PUNAM | DAHAL |
| RABIN SHARMA | DAHAL |
| RAN | DAHAL |
| RUDRA | DAHAL |
| SARASWATI | DAHAL |
| SHANTI | DAHAL |
| SUJATA | DAHAL |
| YOGESH | DAHAL |
| HEMENTA | DAMAI |
| BUDDHA | DARJEE |
| BULU | DARJEE |
| CHAMPHA MAYA | DARJEE |
| GANGA RAM | DARJEE |
| JIT | DARJEE |
| MANGALI | DARJEE |
| SUNIL | DARJI |
| ARJUN | DARNAL |
| ARJUN DARNAL | DARNAL |
| PUSPA | DARNAL |
| GURUNG | DEEPA |
| BHIM RAJ | DHAKAL |
| CHANDRA KALA | DHAKAL |
| DIKURI | DHAKAL |
| KESHARI | DHAKAL |
| LAXMI | DHAKAL |
| LEKH N | DHAKAL |

| | |
|---|---|
| NARAYAN | DHAKAL |
| PASHUPATI | DHAKAL |
| PUSPA | DHAKAL |
| RAN | DHAKAL |
| REMU | DHAKAL |
| RUKMINI | DHAKAL |
| RUP | DHAKAL |
| RUP M | DHAKAL |
| SHIVA MAYA | DHAKAL |
| SUHANA | DHAKAL |
| DUKA | DHAKAL BARAL |
| JANUKA | DHAMALA |
| KHEM | DHAMALA |
| ROSHAN | DHAMALA |
| SABITRA | DHAMALA |
| KATTEL | DHAN |
| ASMITA | DHAURALI |
| BHAGI M | DHIMAL |
| DHAN | DHIMAL |
| DHAN MAYA | DHIMAL |
| DURGA | DHIMAL |
| INDRA M | DHIMAL |
| KRISHNA | DHIMAL |
| MANDIRA | DHIMAL |
| MAYA | DHIMAL |
| MEERA | DHIMAL |
| NIRMALA | DHIMAL |
| SRINIWAS | DHIMAL |
| SUDARSAN | DHIMAL |
| TARA | DHIMAL |
| TARA PRASAD | DHIMAL |
| ANGEL | DHITAL |

| | |
|---|---|
| BISHNU MAINALI | DHITAL |
| BUKA | DHITAL |
| EMA | DHITAL |
| GANGA | DHITAL |
| GANGA R | DHITAL |
| HEMA | DHITAL |
| KRISHNA | DHITAL |
| LOK NATH | DHITAL |
| MONJU | DHITAL |
| NITYA | DHITAL |
| PREM | DHITAL |
| PREM K | DHITAL |
| NEERU | DHUDRAJ |
| DHAN KUMARI | DHUNGANA |
| LAXMI | DHUNGANA |
| LAXMI N | DHUNGANA |
| ROHAN | DHUNGANA |
| TARA | DHUNGANA |
| TARA NIDHI | DHUNGANA |
| TN | DHUNGANA |
| AMBIKA | DHUNGEL |
| DAMADAR | DHUNGEL |
| HARNA | DHUNGEL |
| INDRA | DHUNGEL |
| INDRA P | DHUNGEL |
| KAMAL | DHUNGEL |
| LEELA | DHUNGEL |
| PABITRA | DHUNGEL |
| DHAK | DHUNGYEL |
| DHAK MAYA | DHUNGYEL |
| CHANDRA | DIYALEE |
| CHANDRA B | DIYALEE |

| | |
|---|---|
| GOPI MAYA | DIYALI |
| KALPANA | DIYALI |
| KRISHNA | DIYALI |
| RANU | DIYALI |
| DEVIKA | DULAL |
| GYATRA | DULAL |
| HARI | DULAL |
| SUK MATI | EDHINGO |
| MONCHIT | EING |
| TASNIM | FARIHA |
| MA | GA |
| LACHHI | GADAL |
| ASMINA | GAJMER |
| BHIM | GAJMER |
| BHIM B | GAJMER |
| BISHNU | GAJMER |
| DAMBER KUMARI | GAJMER |
| DEEPA | GAJMER |
| JANGA | GAJMER |
| JANGA B | GAJMER |
| JUNU | GAJMER |
| NAR | GAJMER |
| NAR MAYA | GAJMER |
| NARAYAN | GAJMER |
| NARMADA | GAJMER |
| PHUL | GAJMER |
| PRATAP | GAJMER |
| PUSPA | GAJMER |
| RAHDA KRISHNA | GAJMER |
| RANJIT | GAJMER |
| REKHA | GAJMER |
| SANTOSHI | GAJMER |

| | |
|---|---|
| SHANTI | GAJMER |
| SUDHA | GAJMER |
| UMESH | GAJMER |
| CHHETRI | GANGA B |
| DANA | GARADAH |
| NELIDA E | GARAY |
| DEO K | GAUTAM |
| DEVI | GAUTAM |
| DURGA | GAUTAM |
| GHANA SHYAM | GAUTAM |
| KHADA | GAUTAM |
| PARSHU | GAUTAM |
| PURAN | GAUTAM |
| RITA | GAUTAM |
| SAUGHAT | GAUTAM |
| SUMITRA | GAUTAM |
| PRATAP | GAZMER |
| UNICH KUMARI | GHALE |
| GOPAL | GHALEY |
| MEENA | GHALEY |
| MEENA K | GHALEY |
| INDRA | GHALLEY |
| KRISHNA | GHATANEY |
| GOPI | GHATANI |
| GOPI MAYA | GHATANI |
| INDRA MAYA | GHATANI |
| PURNA | GHATANI |
| RUDRA | GHATANI |
| SABITA | GHATANI |
| SANTOSHI | GHATANI |
| SUVASH | GHATANI |
| TIKA | GHATANI |

| | |
|---|---|
| TILAK | GHATANI |
| BISHNU | GHIMIRE |
| GAYATRI | GHIMIRE |
| INDRA | GHIMIRE |
| KISNA | GHIMIRE |
| KISNA MAYA | GHIMIRE |
| KRISHNA | GHIMIRE |
| MARTHA | GHIMIRE |
| OM | GHIMIRE |
| PUSPA | GHIMIRE |
| RAJ | GHIMIRE |
| SAMJANA | GHIMIRE |
| SHARMILA | GHIMIRE |
| DIL K | GHIMIREY |
| KESHABI | GHIMIREY |
| MAYA | GHIMIREY |
| MAYA DEVI | GHIMIREY |
| NILA H | GHIMIREY |
| SOMU | GHISING |
| MEENA | GHISING TAMANG |
| BISHNU | GIRI |
| KHINA | GIRI |
| MONI K | GIRI |
| TIKA RAM | GIRI |
| YAGA | GIRI |
| LAK MAYA | GLAN |
| SUK | GLAN |
| SUK M | GLAN |
| LADIAD Z | GOSHU |
| EHDAH | GRAY |
| ANITA | GURAGAI |
| AITA SINGH | GURUNG |

| | |
|---|---|
| AMBER | GURUNG |
| AMBER B | GURUNG |
| AMRITA | GURUNG |
| ANIL | GURUNG |
| ANISH | GURUNG |
| ANISHA | GURUNG |
| ANU | GURUNG |
| ARATI | GURUNG |
| ARJUN | GURUNG |
| ASH MAYA | GURUNG |
| BHISHMA | GURUNG |
| BINU | GURUNG |
| BIR BAHADUR | GURUNG |
| BISHNU | GURUNG |
| BUDDHI MAN | GURUNG |
| BUDDHIMAYA | GURUNG |
| DEEPA | GURUNG |
| DHAN | GURUNG |
| GANGA | GURUNG |
| GHANA SHYAM | GURUNG |
| KAJAL | GURUNG |
| KAMAL PRASAD | GURUNG |
| KRISHNA | GURUNG |
| KUL | GURUNG |
| KUL B | GURUNG |
| LILA | GURUNG |
| LOK MAN | GURUNG |
| MAINA | GURUNG |
| MAYA | GURUNG |
| MONI R | GURUNG |
| NAR | GURUNG |
| NAR M | GURUNG |

| | |
|---|---|
| NAR MAYA | GURUNG |
| NARAYAN | GURUNG |
| PADMA | GURUNG |
| PHUL | GURUNG |
| PHUL M | GURUNG |
| PURNA | GURUNG |
| PURNA M | GURUNG |
| PURNIMA | GURUNG |
| RADHIKA | GURUNG |
| RUPA | GURUNG |
| RUPESH | GURUNG |
| SAMIR | GURUNG |
| SAMIR GURUNG | GURUNG |
| SANTA K | GURUNG |
| SANTI | GURUNG |
| SANTI MAYA | GURUNG |
| SARASWOTI | GURUNG |
| SETI MAYA | GURUNG |
| SOMU | GURUNG |
| SUK | GURUNG |
| SUK M | GURUNG |
| SUK MATI | GURUNG |
| SUSHILA | GURUNG |
| SUSHILA GURUNG | GURUNG |
| SUSHMA | GURUNG |
| SUSMA | GURUNG |
| TARA | GURUNG |
| TARA DEVI | GURUNG |
| TARA GURUNG | GURUNG |
| TIKA | GURUNG |
| TIKA M | GURUNG |

| | |
|---|---|
| SUK MAYA | GURUNG RAI |
| VICTORIA L | HALL |
| LENA | HASSANI |
| TIRWA | HEMANTA |
| ANDREA N | HERNANDEZ |
| THAW | HTOO |
| KAI | HTUN |
| KAI KAI | HTUN |
| GEETA | HUMAGAI |
| DIL | HUSSAINI |
| HALEY D | HYATT |
| HANNAH | HYATT |
| HANNAH A | HYATT |
| CECILIA | IGAMINO |
| CECILIA P | IGAMINO |
| PAKHRING | INDRA |
| DHUNGEL | INDRA P |
| KAMALA | JABEJU |
| MANJU | JAGARI |
| NOBIN | JANAKARMI |
| ZOE | JARRETT |
| ZOE B | JARRETT |
| ZOE B. | JARRETT |
| PRATIMA | JOGI |
| JAMES R WARREN | JR |
| LATIFA MOHAMMAD | JUMA |
| BHANU | KADARIYA |
| DAL | KADARIYA |
| GAHAR S | KADARIYA |
| KHAGINDRA | KADARIYA |
| KRISHNA | KADARIYA |
| KRISHNA M | KADARIYA |

| | |
|---|---|
| LOK | KADARIYA |
| MUNA | KADARIYA |
| PUNAM | KADARIYA |
| RUPA | KADARIYA |
| SOVA | KADARIYA |
| BEN | KADEL |
| KAMALA | KADEL |
| KARNA | KADEL |
| PRATIKSHYA | KADEL |
| ROSHAN | KAFLE |
| CHHATRA | KAFLEY |
| CHHATRA DEVI | KAFLEY |
| DUKURA | KAFLEY |
| DURGA | KAFLEY |
| JENNY | KAFLEY |
| LOK NATH | KAFLEY |
| PURNA | KAFLEY |
| RAMESH | KAFLEY |
| SHANTI | KAFLEY |
| SUSMA | KAFLEY |
| YOGA M | KAFLEY |
| SAMJHANA | KAHTI |
| AAKASH | KAHTIWADA |
| KALPANA | KALIKOTEY |
| MANGAL | KALIKOTEY |
| AMA KUMARI | KAMAR |
| TIKA MAYA | KAMBAR |
| ABISHEK | KAMI |
| BHOPA | KAMI |
| BIKU | KAMI |
| BUDHI M | KAMI |
| DEVI | KAMI |

| | |
|---|---|
| DEVI MAYA | KAMI |
| DHAN | KAMI |
| DHAN B | KAMI |
| KALPANA | KAMI |
| NIRMAL | KAMI |
| PRAKASH | KAMI |
| RAJ KUMAR | KAMI |
| BHIM MAYA | KARKI |
| DAMBER | KARKI |
| DHAN M | KARKI |
| DHANI | KARKI |
| GANGA | KARKI |
| JIT | KARKI |
| KARUNA | KARKI |
| KHINA | KARKI |
| KHINA M | KARKI |
| MANGALA | KARKI |
| NARU | KARKI |
| PUSPA | KARKI |
| RADHIKA | KARKI |
| RITA CHHETRI | KARKI |
| SITA | KARKI |
| SITA D | KARKI |
| ASUDA | KARKI-GAUTAM |
| CHAMPA | KATEL |
| DAMO | KATEL |
| DILLI | KATEL |
| DURGA | KATEL |
| JASHODA | KATEL |
| JHALI | KATEL |
| JHALI M | KATEL |
| RADHIKA | KATEL |
| TARA | KATEL |

| | |
|---|---|
| DHAN | KATTEL |
| DHAN KATTEL | KATTEL |
| BHAGI M | KATUWAL |
| CHANDRA | KATUWAL |
| DHANA | KATUWAL |
| GANGA | KATUWAL |
| GANGA M | KATUWAL |
| KUMARI | KATWAL |
| NABIN | KATWAL |
| PHUL | KATWAL |
| AMANDEEP | KAUR |
| GURMIT | KAUR |
| MANJINDER | KAUR |
| KEH | KEH |
| LU DE | KEI |
| LU DEE | KEI |
| RENU MAYA | KHABATARI |
| BHAWANI | KHADKA |
| BUDHA RAJ | KHADKA |
| CHANDRA L | KHADKA |
| CHITRA | KHADKA |
| CHITRA KHAR | KHADKA |
| DHAN | KHADKA |
| DHAN M | KHADKA |
| GANGA | KHADKA |
| GANGA MAYA | KHADKA |
| HARI MAYA | KHADKA |
| LOK | KHADKA |
| NARBADA | KHADKA |
| POOJA | KHADKA |
| PREM | KHADKA |
| REDHAN | KHADKA |
| TANKA B | KHADKA |

| | |
|---|---|
| THIR B | KHADKA |
| TIL | KHADKA |
| TILA M | KHADKA |
| TILAK | KHADKA |
| AKILA MAHAT | KHANAL |
| BAL | KHANAL |
| BASHU DEV | KHANAL |
| BHAGI | KHANAL |
| BHAGI M | KHANAL |
| BHAWANI | KHANAL |
| DIPENDRA | KHANAL |
| DIPENDRA KHANAL | KHANAL |
| HARI M | KHANAL |
| INDRA | KHANAL |
| INDRA KHANAL | KHANAL |
| ISHORI | KHANAL |
| KAMAL | KHANAL |
| KAUSHILA | KHANAL |
| KAUSHILA KHANAL | KHANAL |
| LAL | KHANAL |
| NARAD | KHANAL |
| PHUL | KHANAL |
| PRAKASH | KHANAL |
| SABITRA | KHANAL |
| SHEMA | KHANAL |
| TANKA | KHANAL |
| THAKUR | KHANAL |
| TIKA | KHANAL |
| TIKA KHANAL | KHANAL |
| TILA CHAND | KHANAL |
| RENUKA | KHAREL |

| | |
|---|---|
| SHIKHA | KHAREL |
| KHINA | KHAREL-KHATIWADA |
| DIWAS | KHARKA |
| BHIM | KHATI |
| BHIM B | KHATI |
| DURGA | KHATI |
| SAMJHANA | KHATI |
| SUMITRA | KHATI |
| AARATI | KHATIWADA |
| AARATI KHATIWADA | KHATIWADA |
| AARAV | KHATIWADA |
| DURGA | KHATIWADA |
| KISHORA | KHATIWADA |
| PADAM | KHATIWADA |
| PADAM MAYA | KHATIWADA |
| PADMA MAYA | KHATIWADA |
| SUNITA | KHATIWADA |
| SUNITA KHATIWADA | KHATIWADA |
| TULASI | KHATIWADA |
| GANGA MAYA | KHATIWODA |
| SUJIT | KHATIWODA |
| TULASHI RAM | KHATIWODA |
| TULASI | KHATIWODA |
| TULASI RAM | KHATIWODA |
| YEDU | KHATIWODA |
| MINAKSHI | KHATRI |
| SHELIA JOHNSON | KING |
| BHAMI | KOIRALA |
| DHAN | KOIRALA |
| DHAN PATI | KOIRALA |
| GOVINDA | KOIRALA |

| | |
|---|---|
| HARI M | KOIRALA |
| SANJU | KOIRALA |
| SAN WEE | KU |
| KARUN | KUIKEL |
| BIKASH | KUNWAR |
| SUJATA | KUNWAR |
| NO SHU SA | LA |
| SARAH | LAGHUN |
| LACHI MAYA | LAGUN |
| TARA B | LAGUN |
| DIL | LAKANDRI |
| MINU | LAMA |
| BISHNU | LAMGADEY |
| PRAKASH | LAMICCHANEY |
| TIKA | LAMICHANEY |
| SANDHYA | LAMICHHANE |
| SANHYA | LAMICHHANE |
| CHANDRA | LAMICHHANEY |
| MON MAYA | LAMICHHANEY |
| DILLI RAM | LAMITARE |
| RICHA | LAUGON |
| APHIYA | LAY |
| DAWA TSHERING | LEPCHA |
| WANGMO | LEPCHA |
| YANCHEN | LEPCHA |
| RANI | LIMBU |
| SHUK MAYA | LIMBU |
| BUDDHA | LINGDEN |
| BUDDHA B | LINGDEN |
| SUYEN YAKTHUNG | LINGDEN |
| HTEE | LO |
| HTEE LO | LO |

| | |
|---|---|
| SEIK | LO |
| AITA | LOHAR |
| AITA R | LOHAR |
| NIRU | LOHAR |
| BAL B | LUHAGUN |
| BISHNU | LUHAGUN |
| CHANDRA | LUHAGUN |
| UMA | LUHAGUN |
| DEVIKA | LUITEL |
| DIBYA | LUITEL |
| KHINA | LUITEL |
| TIKA DEVI | LUITEL |
| UPENDRA | LUITEL |
| RANU | LUMJEL |
| DEUKI | LUMZEL |
| DEUKI LUMZEL | LUMZEL |
| GOM | LUMZEL |
| BHIM MAYA | LUNGELI |
| KYAW | LWIN |
| AMBIKA | MAGAR |
| ANJANA | MAGAR |
| BEENU | MAGAR |
| BISHNU | MAGAR |
| CHANDRI M | MAGAR |
| DAMBER | MAGAR |
| DHAN | MAGAR |
| DHAN M | MAGAR |
| DIL | MAGAR |
| DIPESH | MAGAR |
| FUL | MAGAR |
| GANGA | MAGAR |
| HARKA | MAGAR |

| | |
|---|---|
| HEERAN | MAGAR |
| INDRA | MAGAR |
| KABI | MAGAR |
| KALPANA | MAGAR |
| KARNA B | MAGAR |
| KHINA MAYA | MAGAR |
| LAJIMA THAPA | MAGAR |
| MON | MAGAR |
| MON M | MAGAR |
| MONGAL | MAGAR |
| MONU THAPA | MAGAR |
| PADAM | MAGAR |
| PADAM M | MAGAR |
| PIRTHI | MAGAR |
| PRATAP | MAGAR |
| PRATAP S | MAGAR |
| RAJESH | MAGAR |
| RAMILA | MAGAR |
| ROMAN | MAGAR |
| SANTA | MAGAR |
| TULASI | MAGAR |
| SAN MAYA | MAGAR-GURUNG |
| AKILA | MAHAT |
| JACEY | MAHAT |
| AKILA | MAHAT KHANAL |
| JASNA | MAIDALI |
| GYANU | MAINAI |
| AARON | MAINALI |
| BABITA | MAINALI |
| BHAKTI | MAINALI |
| BISHNU | MAINALI |
| BISHNU DHITAL | MAINALI |

| | |
|---|---|
| CHALI | MAINALI |
| CHANDRA | MAINALI |
| CHANDRA M | MAINALI |
| DEVI | MAINALI |
| DEVI MAYA | MAINALI |
| GYANU | MAINALI |
| HEMA | MAINALI |
| KHADANANDA | MAINALI |
| MANDIRA | MAINALI |
| MAYA | MAINALI |
| MONI K | MAINALI |
| NAR | MAINALI |
| SHREJANA | MAINALI |
| TILA | MAINALI |
| SUMITRA | MAINALY |
| BEERU | MAJHI |
| SANGITA | MANGAR |
| SANTU | MANGAR |
| SHOMA | MANGAR |
| UMESH | MANGAR |
| UTTAM | MANGAR |
| BISHNU | MANGER |
| NAINA | MANGER |
| NI NI | MAR |
| JACKIE | MARSHALL |
| JACKIE MARS | MARSHALL |
| ANGEL | MARZAN |
| ANGEL M | MARZAN |
| ANGEL M. | MARZAN |
| SAY LA | MAY |
| ACHUTE | MISHRA |
| BHIMA | MISHRA |
| BHIMA DEVI | MISHRA |

| | |
|---|---|
| BUDHA | MISHRA |
| CHANDRA | MISHRA |
| DIL | MISHRA |
| DIL M | MISHRA |
| HARI | MISHRA |
| PUNAM | MISHRA |
| PUNYA | MISHRA |
| SANAM | MISHRA |
| SITA | MISHRA |
| SITA MISHRA | MISHRA |
| WIN NANDAR | MOE |
| LATIFA | MOHAMMAD JUMA |
| AMAR | MOHARA |
| DILU | MOHARA |
| SHO | MOKTAM |
| BUDDHI | MOKTAMI |
| BUDDHI MAYA | MOKTAMI |
| POKLI | MOKTAMI |
| NIMA | MOKTAN |
| SANTA | MOKTAN |
| ZANDER | MOKTAN |
| BIMAL | MONGAR |
| SITA | MONGAR |
| DURGA | MONGER |
| LAXU MAN | MONGER |
| MANJU | MONGER |
| SAGAR | MONGER |
| SITA | MONGER |
| SUK | MONGER |
| TIKA | MONGER |
| TIKA M | MONGER |
| LWE | MOO |

| | |
|---|---|
| PAKAO | MOO |
| KAREN | MORALES ORELLANA |
| MARIFE | MOREY |
| KISHOR K | MOTHAY |
| DHAN | MOTHEY |
| DHAN M | MOTHEY |
| MEGHAN | MUKARUNG |
| DEPDEKA | MUKHIYA |
| DEPSEKA | MUKHIYA |
| DASHAWNA | MURAGE |
| GAJMER | NARAYAN |
| KHADKA | NARBADA |
| KA | NAW |
| DEO | NEOPANEY |
| DEO N | NEOPANEY |
| GOPAL | NEOPANEY |
| HARI MAYA | NEOPANEY |
| KESHAB | NEOPANEY |
| MEGA | NEOPANEY |
| MON | NEOPANEY |
| MON M | NEOPANEY |
| NARAYAN | NEOPANEY |
| RAM | NEOPANEY |
| RENUKA | NEOPANEY |
| RUPA | NEOPANEY |
| DEO KUMAR | NEPAL |
| DEO MAGAR | NEPAL |
| HOM | NEPAL |
| INDRA | NEPAL |
| KESARA | NEPAL |
| MADHABI | NEPAL |
| NARAD | NEPAL |

| | |
|---|---|
| NARAD NEPAL | NEPAL |
| OM | NEPAL |
| PABITRA | NEPAL |
| PADMA | NEPAL |
| PUNA | NEPAL |
| TIKA | NEPAL |
| GOPAL | NEUPANE |
| ROMA | NEUPANE |
| DURGA | NEUPANEY |
| YU ZAR | NEW |
| DEPIKA | NIRAULA |
| TIKA R | NIROULA |
| MAHORO | NWAMINI |
| YU ZAR | NWE |
| PABITRA | OLI |
| RAJAN | OLI |
| SUBASH | OLI |
| YADURAJ | OLI |
| KAREN MORALES | ORELLANA |
| HARI | OSTI |
| INDRA | PAKHRING |
| PURNA B | PANDAY |
| INDRA | PANDEY |
| INDRA MAYA | PANDEY |
| MOHAN | PANDEY |
| RAMESH | PANDHAK |
| PURNA | PANTHA |
| ARATI | PARAJULI |
| KAMAL | PARAJULI |
| MADHAV | PARAJULI |
| BINABEN | PATEL |
| BINABEN Y | PATEL |

| | |
|---|---|
| DHARAV | PATEL |
| DHARAV J | PATEL |
| DIPTI | PATEL |
| KHUSHBU | PATEL |
| MAULI | PATEL |
| MAULI RAJ | PATEL |
| MAYURI SHIRAL | PATEL |
| YOGESH | PATEL |
| TEJALBEN R | PATEL |
| VANDANA J | PATEL |
| CHANDRA | PATHAK |
| BHARAT | PAUDEL |
| BHASKAR | PAUDEL |
| DADHI | PAUDEL |
| DAMBER | PAUDEL |
| DAMBER K | PAUDEL |
| DEVI MAYA | PAUDEL |
| GANGA | PAUDEL |
| INDRA | PAUDEL |
| MEGH RAJ | PAUDEL |
| SUMITRA | PAUDEL |
| YASHODA | PAUDEL |
| CHANDRA | PAUDYEL |
| MANER | PAW |
| THA BLAY | PAW |
| LAXMI | PHUYAL |
| AM | PHUYEL |
| AMBIKA | PHUYEL |
| BASU DEV | PHUYEL |
| BHAWANA | PHUYEL |
| BISHNU | PHUYEL |
| GOVIN | PHUYEL |

| | |
|---|---|
| KAMAL | PHUYEL |
| RABI | PHUYEL |
| CHANDRA | POKHEREL |
| SARASWATI | POKHEREL |
| BASHU DEV | POKHREL |
| BHIM RAJ | POKHREL |
| BISHNU | POKHREL |
| BISHNU M | POKHREL |
| BISHNU P | POKHREL |
| DEU | POKHREL |
| DIKURA | POKHREL |
| HISSHINA | POKHREL |
| JAMUNA | POKHREL |
| JANUKA | POKHREL |
| KALA M | POKHREL |
| MANA RATH | POKHREL |
| OM PRASAD | POKHREL |
| LOK | POKRHEL |
| DURGA | POKWAL |
| HARI | POKWAL |
| HARI M | POKWAL |
| KRISHNA | POKWAL |
| OM | POKWAL |
| CHABI | POUDEL |
| DHANAPATI | POUDEL |
| DURGA | POUDEL |
| KESHAR | POUDEL |
| KESHAR B | POUDEL |
| NAR | POUDEL |
| NAR M | POUDEL |
| SHEKHAR CHANDRA | POUDEL |
| TAPASH | POUDEL |

| | |
|---|---|
| BIR BAHADUR | POUDYEL |
| DEV | POUDYEL |
| DEV POUDYEL | POUDYEL |
| JENNY | POUDYEL |
| NARA | POUDYEL |
| PABITRA | POUDYEL |
| SARITA | POUDYEL |
| SOM MAYA | POUDYEL |
| ABI | POWDYEL |
| CHANDRA | POWDYEL |
| KARNA | POWDYEL |
| KHINA M | POWDYEL |
| TIKA | POWDYEL |
| YAM | POWDYEL |
| YAM B | POWDYEL |
| BANNI | PRADHAN |
| DRAUPADI | PRADHAN |
| DURGI M | PRADHAN |
| LAL B | PRADHAN |
| RENUKA | PRADHAN |
| SACHIN | PRADHAN |
| SHAI M | PRADHAN |
| LORENA | PRADO |
| LEELA | PRASAI |
| LILA DEVI | PRASAI |
| NIRMALA | PRASAI |
| KESHAR | PULAMI |
| PRAKASH | PUN |
| HOM NATH | PURI |
| PUSPA | PURI |
| BHANDARI | PURUSHOTAM |
| ASISH | PYAKUREL |
| DIL | PYAKUREL |

| | |
|---|---|
| GANGA | PYAKUREL |
| GANGA MAYA | PYAKUREL |
| HARI B | PYAKUREL |
| EUGEN H | QEMALI |
| ASIA | RAHMANI |
| LAXMI | RAHUT |
| AITA MAYA | RAI |
| AITI M | RAI |
| ALINA | RAI |
| ALISHA | RAI |
| AMIT | RAI |
| ANIL | RAI |
| ARATI | RAI |
| ASHA | RAI |
| BAL KUMAR | RAI |
| BEE | RAI |
| BEE M | RAI |
| BEE MAYA | RAI |
| BEEBA | RAI |
| BEEKENDRA | RAI |
| BEEKENDRA HANG | RAI |
| BHAKTI MAYA | RAI |
| BIKASH | RAI |
| BIKRAM | RAI |
| BINDIKA | RAI |
| BIPAL | RAI |
| BIR MAN | RAI |
| BIRKHA MAYA | RAI |
| BISHAL | RAI |
| BISHNU | RAI |
| BISHNU MAYA | RAI |
| BUDDHI | RAI |

| | |
|---|---|
| CHANDRA KALA | RAI |
| DAMBER SINGH | RAI |
| DARIM | RAI |
| DEEPAK | RAI |
| DEO RAJ | RAI |
| DHAN | RAI |
| DHAN MAYA | RAI |
| DIBI HAANG | RAI |
| DIL | RAI |
| DIL BAHADUR | RAI |
| DIL M | RAI |
| DILLIP | RAI |
| GANGA MAYA | RAI |
| GEETA | RAI |
| GITA | RAI |
| HARKA MAYA | RAI |
| HIRA | RAI |
| INDIKA | RAI |
| INDRA | RAI |
| INDRA M | RAI |
| JASH MAYA | RAI |
| JOSEPH | RAI |
| KAMAL | RAI |
| KAMALA | RAI |
| KUMAR | RAI |
| KUMARI | RAI |
| MADHU | RAI |
| MAHESH | RAI |
| MAN | RAI |
| MAN K | RAI |
| MANGALI | RAI |

| | |
|---|---|
| MANGALI MAYA | RAI |
| MAYA | RAI |
| MEXI | RAI |
| MEXI MAYA | RAI |
| MINA | RAI |
| MINKEY HANGMA | RAI |
| MOMATHA | RAI |
| MUKTI MAN | RAI |
| NAMBIN | RAI |
| NISHA | RAI |
| PABITRA | RAI |
| PADAM | RAI |
| PADMA KUMARI | RAI |
| PANCHA | RAI |
| PHUL MATI | RAI |
| PHUL MAYA | RAI |
| PRANISHA | RAI |
| PRASUTI | RAI |
| PRITHI MAYA | RAI |
| PUSHPA | RAI |
| RAM B | RAI |
| RANISHA | RAI |
| RENUKA | RAI |
| RESHMA | RAI |
| SAMJANA | RAI |
| SANCHA | RAI |
| SANJAY | RAI |
| SANTI M | RAI |
| SANTOSH | RAI |
| SANTOSH K | RAI |
| SANTU | RAI |

| | |
|---|---|
| SHOBHA | RAI |
| SOBITA | RAI |
| SOM M | RAI |
| SUJATA | RAI |
| SUK MAN | RAI |
| SUK RAJ | RAI |
| SUSMA | RAI |
| SUSMITA | RAI |
| TEK B | RAI |
| TULA MAYA | RAI |
| YAM MAYA | RAI |
| YANI | RAI |
| SUKA MAYA | RAI WAIBA |
| INDRA | RAITUMBAPOO |
| KABITA | RAJBANSHI |
| BISHNU | RAMDAM |
| KRISHNA | RAMDAM |
| REENA | RAMDAM |
| RUTH | RAMDAM |
| KAPILA | RANA |
| PARBITA | RANA |
| ARJUN | RASAILI |
| DEEPAK | RASAILI |
| TEK B | RASAILI |
| DEEPAK | RASAILY |
| DEEPAK RASAILY | RASAILY |
| NAHAMI | RASAILY |
| PUSPA LAL | RASAILY |
| RAJ KUMAR | RASAILY |
| TARA | RASAILY |
| TARA D | RASAILY |
| TARA RASAILY | RASAILY |

| | |
|---|---|
| AMBER | RASHILY |
| KRISHNA | RAWAT |
| BHAGAT | REGMI |
| HEERA | REGMI |
| HEERA D | REGMI |
| TULASHI | REGMI |
| BISHNU | RIMAL |
| DHANA | RIMAL |
| GOMA | RIMAL |
| HARI | RIMAL |
| MADHABI | RIMAL |
| BHIM | RIZAL |
| BHIM M | RIZAL |
| BHIM RIZAL | RIZAL |
| BIBUSHANA | RIZAL |
| DEVI | RIZAL |
| DINA | RIZAL |
| REENA | RIZAL |
| SABITRA | RIZAL |
| SABITRA RIZAL | RIZAL |
| CHALI | RUMTEL |
| INDRA | RUMTEL |
| DAMBAR | SAMAL |
| DAMBAR SAMAL | SAMAL |
| BHAKTI MAYA | SAMPANG |
| VINI | SANDOVAL |
| RAJPAL | SANGHA |
| RAJPAL SINGH | SANGHA |
| BINOD | SANGRAULA |
| LAXMI N | SANGRAULA |
| ABI | SANGROULA |

| | |
|---|---|
| CHANDRA MAYA | SANGROULA |
| KRISHNA | SANJEL |
| KUMARI | SANJEL |
| BHOUMA | SANYASHI |
| BALI | SANYASI |
| DAVID | SANYASI |
| DEEPAK | SANYASI |
| DEWAN | SANYASI |
| JHALI | SANYASI |
| JHALI MAYA | SANYASI |
| KHINA | SANYASI |
| LAILA | SANYASI |
| MAN | SANYASI |
| BISHNU MAYA | SAPKOTA |
| KESHAB | SAPKOTA |
| NAINA | SAPKOTA |
| RADHIKA | SAPKOTA |
| SAROJ | SAPKOTA |
| TIKA | SAPKOTA |
| UMA DEVI | SAPKOTA |
| YADAV | SAPKOTA |
| SUJATA | SARBUJA |
| KRISHNA MAYA | SARKI |
| MANI | SARKI |
| MANI KUMAR | SARKI |
| SANJAYA | SARKI |
| SUGHRA | SARWAR |
| BLAY | SAY |
| BLAY BLOT | SAY |
| PAW DE LAY | SHA |
| KALPANA | SHAH |
| DINESH | SHANKAR |

| | |
|---|---|
| BISHNU BHAKTA | SHANKHAR |
| BUDHI | SHANKHAR |
| CHANDRA | SHANKHAR |
| BHOLA | SHARMA |
| BHOLA NATH | SHARMA |
| DAMBER | SHARMA |
| DEEPA | SHARMA |
| HARI PRASAD | SHARMA |
| HEMA | SHARMA |
| INDRA | SHARMA |
| INDRA P | SHARMA |
| KABITA | SHARMA |
| KESHAB | SHARMA |
| NIRJALA | SHARMA |
| NIRU | SHARMA |
| RAMESH | SHARMA |
| RUP N | SHARMA |
| YADU | SHARMA |
| YADU P | SHARMA |
| RABIN | SHARMA DAHAL |
| CHANDRA K | SHERPA |
| PHURBA | SHERPA |
| TAMMIE | SHOOK |
| DIWANSH | SIGDEL |
| AMBIKA | SINCHURI |
| BHARATI | SINCHURI |
| DEVI MAYA | SINCHURI |
| MANA M | SINCHURI |
| MONA | SINCHURI |
| RAJENDAR | SINCHURI |
| SAMUEL | SINCHURI |
| KARMA | SINGDHAN |

| | |
|---|---|
| JASKARAN | SINGH |
| NAR | SIRWAL |
| NAR M | SIRWAL |
| BHOLA | SIWA |
| DURGA | SIWA |
| BHUPAL | SIWAKOTI |
| DEVI MAYA | SIWAKOTI |
| MANDIRA | SIWAKOTI |
| RENUKA | SIWAKOTI |
| SHYAM | SIWAKOTI |
| SHYAM L | SIWAKOTI |
| AITA | SUBBA |
| AJANG | SUBBA |
| ANIL | SUBBA |
| ANIL SUBBA | SUBBA |
| BHIM B | SUBBA |
| BIR M | SUBBA |
| BUDDHA | SUBBA |
| BUDDHA RANI | SUBBA |
| BUDDHA SUBBA | SUBBA |
| BUDHA | SUBBA |
| BUDHA MAYA | SUBBA |
| CHANDRA | SUBBA |
| DHAN | SUBBA |
| DHAN M | SUBBA |
| DIL | SUBBA |
| HARI | SUBBA |
| HARI MAYA | SUBBA |
| HARKA | SUBBA |
| KUMARI | SUBBA |
| LACHI | SUBBA |
| MAN SINGH | SUBBA |

| | |
|---|---|
| MANGAL | SUBBA |
| MANGAL SINGH | SUBBA |
| MANITA | SUBBA |
| MIG HANG | SUBBA |
| MINA | SUBBA |
| MONGAL | SUBBA |
| NITA | SUBBA |
| PADMA RAI | SUBBA |
| PHIP HANG | SUBBA |
| PREM BAHADUR | SUBBA |
| PREM R | SUBBA |
| SANCHA | SUBBA |
| SANCHA M | SUBBA |
| SANGITA | SUBBA |
| SHA | SUBBA |
| SHA B | SUBBA |
| SUK MAN | SUBBA |
| SUNIL | SUBBA |
| SURAKCHHYA | SUBBA |
| SUSMITA | SUBBA |
| TARA | SUBBA |
| UMESH | SUBBA |
| DIL | SUBBATAMANG |
| DIL M | SUBBATAMANG |
| BEENITA | SUBEDI |
| DATA RAM | SUBEDI |
| GYAN | SUBEDI |
| GYANU | SUBEDI |
| INDRA | SUBEDI |
| JAGA | SUBEDI |
| KAUSHILA | SUBEDI |
| MADHAV | SUBEDI |

| | |
|---|---|
| NARBADA | SUBEDI |
| NARESH | SUBEDI |
| PABITRA | SUBEDI |
| PASHUPATI | SUBEDI |
| PREM MAYA | SUBEDI |
| PUMPHA DEVI | SUBEDI |
| PUSPA | SUBEDI |
| RADHIKA | SUBEDI |
| ROHIT | SUBEDI |
| ROJINA | SUBEDI |
| SABITRA | SUBEDI |
| SANTI | SUBEDI |
| TEKNATH | SUBEDI |
| TULASHI | SUBEDI |
| TULASHI MAYA | SUBEDI |
| YAMUNA | SUBEDI |
| DILU | SUBEDI ADHIKARI |
| ASHA LIMBU | SUHANG |
| GHANA SHYAM | SUNAR |
| LAXMI | SUNAR |
| PABI MAYA | SUNAR |
| SANJU | SUNAR |
| PABI MAYA | SUNARI |
| TULSI | SUNCHUREY |
| TUSLI | SUNCHUREY |
| RAM KUAMR | SUNDASH |
| ROBIN | SUNDASH |
| PHUL | SUNUWAR |
| SUJATA | SUNUWAR |
| GANGI MAYA | SUNWAR |
| GOVINDA | SUNWAR |

| | |
|---|---|
| HARI | SUTAR |
| KN | SUTAR |
| NAINA | SUTAR |
| RADHIKA | SUTAR |
| AGAM | TAMANG |
| AGAM SINGH | TAMANG |
| AITA | TAMANG |
| AITA S | TAMANG |
| AKAL | TAMANG |
| AKAL S | TAMANG |
| ANISH | TAMANG |
| BHIMA | TAMANG |
| BIR MAYA | TAMANG |
| BISHNU MAYA | TAMANG |
| BUDHI | TAMANG |
| CHHEKU | TAMANG |
| CHHEKU D | TAMANG |
| DAWA | TAMANG |
| DHAN | TAMANG |
| DHAN MAYA | TAMANG |
| DOLMA | TAMANG |
| GAURI | TAMANG |
| GAURI M | TAMANG |
| LACHI MAYA | TAMANG |
| MAN | TAMANG |
| MANI | TAMANG |
| MARY | TAMANG |
| MEENA | TAMANG |
| MEENA GHISING | TAMANG |
| MIGMA | TAMANG |
| MIGMA DOLMA | TAMANG |
| MILAN | TAMANG |

| | |
|---|---|
| MONU | TAMANG |
| MUNA | TAMANG |
| NIRESH | TAMANG |
| PABI MAYA | TAMANG |
| PAPI MAYA | TAMANG |
| PASANG D | TAMANG |
| PASANG D. | TAMANG |
| PASSANG | TAMANG |
| PASSANG D | TAMANG |
| PHUL MAYA | TAMANG |
| RAM | TAMANG |
| RAM M | TAMANG |
| REETA | TAMANG |
| SAMJANA | TAMANG |
| SANDESH | TAMANG |
| SANG | TAMANG |
| SANGE | TAMANG |
| SANJA | TAMANG |
| SHAMIR | TAMANG |
| SHANTI MAYA | TAMANG |
| SHREEJANA | TAMANG |
| SOM | TAMANG |
| SOM MAYA | TAMANG |
| SOM NATH | TAMANG |
| SUK | TAMANG |
| SUK B | TAMANG |
| SUK MAYA | TAMANG |
| TASHI | TAMANG |
| TIKA | TAMANG |
| TIKA M | TAMANG |
| UTTAM | TAMANG |
| SAN M | TAMANGYONJAN |
| BISHNU | TANGLUWA |

| | |
|---|---|
| ANISH RAJ | THAPA |
| ARCHANA | THAPA |
| BHIM KUMARI | THAPA |
| CHAMPA | THAPA |
| CHANDRA | THAPA |
| CHANDRA K | THAPA |
| CHHABI | THAPA |
| CHHABI L | THAPA |
| DHAN MAYA | THAPA |
| DULU | THAPA |
| GEETA | THAPA |
| JAMUNA | THAPA |
| KARNA B | THAPA |
| MAYA | THAPA |
| PABITRA | THAPA |
| RADHIKA | THAPA |
| RAM | THAPA |
| RUDRA | THAPA |
| RUDRA B | THAPA |
| SOVA | THAPA |
| YAM MAYA | THAPA |
| MONU | THAPA MAGAR |
| AYE | THEIN |
| LAL MAYA | THING |
| LIL MAYA | THING |
| CHITRA | THULUNG |
| HEMANTA | THULUNG |
| RUDRA | THUPA |
| YAM MAYA | THUPA |
| CHITRA | TIMILSINA |
| BINITA | TIMSINA |
| BISHNU | TIMSINA |
| BISHNU M | TIMSINA |

| | |
|---|---|
| CHITRA | TIMSINA |
| CHUDA MANI | TIMSINA |
| DEVIKA | TIMSINA |
| LAXMI | TIMSINA |
| NAR MAYA | TIMSINA |
| NETRA | TIMSINA |
| PABITRA | TIMSINA |
| POSAN | TIMSINA |
| PUSPA D | TIMSINA |
| REWATI | TIMSINA |
| SWAYAM | TIMSINA |
| THAKUR | TIMSINA |
| TULSI | TIMSINA |
| TULSI R | TIMSINA |
| KOMI K. | TIRBA |
| HEMANTA | TIRWA |
| MADAN | TIRWA |
| MEENA KUMARI | TIRWA |
| PRAKASH | TIRWA |
| SARITA | TIRWA |
| DINA | TIRWARI |
| GANGA | TIRWARI |
| NANDI | TIRWARI |
| NIRMAL | TIRWARI |
| SABITRA | TIRWARI |
| BAHADUR | TIWARI |
| BALA | TIWARI |
| DINA N | TIWARI |
| KRISHNA M | TIWARI |
| KUL | TIWARI |
| NANDI | TIWARI |
| NANDI M | TIWARI |

| | |
|---|---|
| NIRMAL | TIWARI |
| OM P | TIWARI |
| PAMPHA | TIWARI |
| PURNA | TIWARI |
| RAM | TIWARI |
| SABITRA | TIWARI |
| SARASWATI | TIWARI |
| SHARA | TIWARI |
| TEK BAHADUR | TIWARI |
| THOMAS | TOMANG |
| MARTHA | TRUJILLO |
| KHATIWODA | TULASI |
| RAJ | TUMBAPOO |
| ARYAN | UPRETI |
| CHANDRA | UPRETI |
| LAXMI N | UPRETI |
| PUSPA | UPRETI |
| RAM | UPRETI |
| SOM NATH | UPRETI |
| DEEPA | UPRETY |
| NEREIDA | VEGA |
| NEREIDA SANTOS | VEGA |
| MIRTHA | VELASQUEZ |
| MIRTHA R | VELASQUEZ |
| VUE | VUE |
| HAE LER | WAH |
| HSER | WAH |
| MA | WAI |
| SUK MAYA RAI | WAIBA |
| TEK BAHADUR | WAIBA |
| PHUNSTOK | WANGCHUCK |
| DIANE | WILSON |

| | |
|---|---|
| SOKNA | YIN |
| MONGAL | YONGHANG |
| SUMIT | YONGHANG |
| YANGHSA | YONGHANG |
| NIR | YONJAN |
| DANNA | YONJON |
| SOE HAY | YWAR |