# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

DEPARTMENT OF LABOR,

    *Plaintiff*,

  v.

AMERICARE HEALTHCARE SERVICES, INC., *et al.*,

    *Defendants*.

No. 2:21-cv-05076-EAS-KAJ
Judge Edmund A. Sargus, Jr.
Magistrate Judge Kimberly A. Jolson

## MOTION TO WITHDRAW JONATHAN BERRY AS COUNSEL

Pursuant to Local Rule 83.4(b), Jonathan Berry hereby respectfully requests that he be withdrawn as counsel for Defendants Americare Healthcare Services, Inc., and Dilli Adhikari, because he will be leaving his employment with Boyden Gray PLLC. Boyden Gray PLLC has provided written notice to Defendants. Defendants will continue to be represented by James R. Conde and Michael Buschbacher of Boyden Gray PLLC and Michael E. Hooper of Obermayer Rebmann Maxwell & Hippel LLP.

Dated: October 16, 2025

*/s/ Jonathan Berry*
Jonathan Berry*
  (DC Bar No. 1016352)
Boyden Gray PLLC
800 Connecticut Ave. NW, Suite 900
Washington, DC 20006
Phone: (202) 955-0620
jberry@boydengray.com

*Admitted *pro hac vice*.

Respectfully submitted,

*/s/ Michael E. Hooper*
Michael E. Hooper (0073188)
  *Trial Attorney*
OBERMAYER REBMANN
MAXWELL & HIPPEL LLP
525 William Penn Place, Suite 1710
Pittsburgh, PA 15219
(412) 566-1500
michael.hooper@obermayer.com

*Counsel for Defendants*

## **CERTIFICATE OF SERVICE**

I hereby certify that on October 16, 2025, the foregoing document was filed electronically with the Court's electronic filing system. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system.

*/s/ Michael E. Hooper*
Michael E. Hooper
