# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| DEPARTMENT OF LABOR, *Plaintiff*, v. AMERICARE HEALTHCARE SERVICES, INC., *et al.*, *Defendants*. | No. 2:21-cv-05076-EAS-KAJ<br>Judge Edmund A. Sargus, Jr.<br>Magistrate Judge Kimberly A. Jolson |

## [PROPOSED] ORDER

It is ORDERED that Jonathan Berry's Motion to Withdraw as Counsel is GRANTED. Mr. Berry is hereby terminated as counsel for Defendants.

Dated: October ___, 2025

_____
HON. EDMUND A. SARGUS, JR.
UNITED STATES DISTRICT JUDGE