**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION**

**DEPARTMENT OF LABOR**

        **Plaintiff,**

                                **Civil Action 2:21-cv-5076**
    **v.**                          **Judge Edmund A. Sargus, Jr.**
                                **Magistrate Judge Kimberly A. Jolson**

**AMERICARE HEALTHCARE
SERVICES INC., et al.,**

        **Defendants.**

## ORDER

Before the Court is Attorney Jonathan Berry's Motion for Leave to Withdraw as Counsel. (Doc. 130). Attorney Berry seeks to withdraw from this action as counsel for Defendants Americare Healthcare Services, Inc., and Dilli Adhikari. (*Id.*). For good cause shown, and in compliance with Local Rule 83.4(b), the Motion is **GRANTED**. The Clerk of Court is **DIRECTED** to terminate Attorney Berry from this action as counsel for Defendants Americare Healthcare Services, Inc. and Dilli Adhikari.

IT IS SO ORDERED.

Date: October 17, 2025              /s/ Kimberly A. Jolson
                                     KIMBERLY A. JOLSON
                                     UNITED STATES MAGISTRATE JUDGE